

# THE THIRTEENTH COURT OF APPEALS

---

13-23-00159-CV

---

City of Brownsville
v.
Evaristo Gamez Jr.

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-04336-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part, and reversed and remanded in part to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, and REVERSED and REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 4, 2024